```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 19899
   WILLIAM R STUEBE
                                              CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-0710


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/26/07 .

   2.  The case was dismissed without confirmation, 03/14/2008.

   3.  The Debtor paid a total of $   4257.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN HONDA FINANCE C | SECURED VEHIC | .00 | .00 | 1773.07 |
| INTERNAL REVENUE SERVICE | SECURED | .00 | .00 | 2273.93 |
| CACH LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED SRVS | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY PHYSICIANS OF | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF EMPLOYM | UNSECURED | NOT FILED | .00 | .00 |
| LIBERTYVILLE IMAGING CEN | UNSECURED | NOT FILED | .00 | .00 |
| SCOTT METRICK MD | UNSECURED | NOT FILED | .00 | .00 |
| NORTHSTAR CAPITAL | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NORTHWEST SUBURBAN ANEST | UNSECURED | NOT FILED | .00 | .00 |
| MED BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWESTERN MEDICAL FAC | UNSECURED | NOT FILED | .00 | .00 |
| PHYSICIAN ANESTHESIA ASS | UNSECURED | NOT FILED | .00 | .00 |
| SURGICAL NEUROLOGY | UNSECURED | NOT FILED | .00 | .00 |
| UROCARE LLC | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED SRVS | UNSECURED | NOT FILED | .00 | .00 |

```
WELLS FARGO FINANCIAL BA UNSECURED       NOT FILED                 .00              .00
       Summary of disbursements:
---------------------------------------------------------------------------------
                        SECURED      PRIORITY    UNSECURED        OTHER          TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED          .00           .00          .00          .00            .00
PRINCIPAL PAID          4047.00           .00          .00          .00        4047.00
INTEREST PAID               .00           .00          .00          .00            .00
TOTAL PAID              4047.00           .00          .00          .00        4047.00
```

The Debtor's attorney, TIMOTHY K LIOU           , was allowed $   3500.00
and was paid $   1409.80   direct and $      .00   through the plan.

The Trustee received $    210.00 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 06/25/08                      /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                                        PAGE   2
             CASE NO. 07 B 19899 WILLIAM R STUEBE